IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW G. HARVEY,　　　　　　　　　　　　No. C 09-00064 SBA (PR)

　　　　Petitioner,　　　　　　　　　　　　**JUDGMENT**

　v.

BEN CURRY, Warden,

　　　　Respondent.
　　　　　　　　　　　　　　　　　　　　　　/

　　　For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

　　　IT IS SO ORDERED.

DATED:　2/28/11　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\HC.09\Harvey0064.jud.wpd

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW G HARVEY,<br><br>        Plaintiff,<br><br>  v.<br><br>BEN CURRY et al,<br><br>        Defendant. | Case Number: CV09-00064 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew G. Harvey C-25646
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 28, 2011

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Harvey0064.jud.wpd     2